

# United States District Court
# Eastern District of California

| MONA GRAY |
|---|

Plaintiff(s)

Case Number: 2:23-cv-02518-DJC-CKD

V.

| SANOFI U.S. SERVICES, INC., ET AL. |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, John Christopher Elliott hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
MONA GRAY

On 8/19/2009 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of Colorado (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 1/22/24

Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | John Christopher Elliott |
| Law Firm Name: | Bachus & Schanker, LLC |
| Address: | 950 17th Street |
| | Suite 1050 |
| City: | Denver   State: CO   Zip: 80202 |
| Phone Number w/Area Code: | (303) 893-9800 |
| City and State of Residence: | Denver, Colorado |
| Primary E-mail Address: | celliott@coloradolaw.net |
| Secondary E-mail Address: | erica.welch@coloradolaw.net |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Matthew Macke |
| Law Firm Name: | Macke Law, LLC |
| Address: | 200 Walnut Street |
| | Suite 215 |
| City: | Kansas City   State: MO   Zip: 64106 |
| Phone Number w/Area Code: | (303) 586-5414   Bar # 304551 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 23, 2024          /s/ Daniel J. Calabretta
                                JUDGE, U.S. DISTRICT COURT