1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                      FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8     MONA GRAY,                              Case No. 2:23-cv-02518-KES-SKO

9                    Plaintiff,

10           v.                               ORDER DIRECTING THE CLERK OF
                                              COURT TO CLOSE THE CASE
11    SANOFI US SERVICES, INC., et al,
                                              (Doc. 33)
12                   Defendants.

13

14

15           On February 7, 2025, the parties filed a joint stipulation dismissing the action without

16    prejudice.[1]  (Doc. 33.)  In light of the parties' stipulation, this action has been terminated, *see* Fed.

17    R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has

18    been dismissed without prejudice.  Accordingly, the Clerk of Court is directed to close this case.

19

20    IT IS SO ORDERED.

21    Dated:   **February 10, 2025**                    */s/ Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE
22

23

24    [1] The parties' stipulation also provided that "[t]he Court shall retain jurisdiction to enforce the settlement between the
      Parties pursuant to California Code of Civil Procedure § 664.6."  (*See* Doc. 33-1.)  Without deciding the question of
25    whether, under *Erie*, it is obligated to apply § 664.6, the Court in its discretion declines to adopt this portion of the
      stipulation.  *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 (1994); *Camacho v. City of San
26    Luis*, 359 F. App'x 794, 798 (9th Cir. 2009); *California Sportfishing Prot. All. v. Agric. Mgmt. & Prod. Co., Inc.*, No.
      2:14-cv-02328-KJM-AC, 2016 WL 4796841, at *1 (E.D. Cal. Sept. 14, 2016) (noting that "the court in its discretion
27    typically declines to maintain jurisdiction to enforce the terms of the parties' settlement agreement.").  *See also Hartley
      v. On My Own, Inc.*, No. 2:17-CV-00353-KJM-EFB, 2020 WL 5017608, at *7 (E.D. Cal. Aug. 25, 2020) ("[T]he court
28    in its discretion declines to retain jurisdiction over enforcement of the settlement under California Civil Procedure
      Code section 664.6.").